**Orlando David ALMOND, Plaintiff–Appellant,**

v.

**Sheriff John NEWHART; C. Begeot, HSA, Defendants–Appellees.**

No. 01–6147.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Orlando David Almond, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Orlando David Almond appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C.A. § 1983 (West Supp.2000), for failure to comply with a court order to pay the initial partial filing fee or declare under penalty of perjury that he could not pay the fee.* We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Almond v. Newhart*, No. CA–00–565–3 (E.D.Va. Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Generally, dismissals without prejudice are not appealable. *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066 (4th Cir.1993). We find, however, that the district court's order is a final, appealable order because the defect identified by the district court must be cured by something more than an amendment to the complaint. *Id.* at 1066–67.